U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG - 4 2005

ROBERT H. SHEMWELL, CLERK

BY _____
        DEPUTY

*The*
# Lawrence Law Firm

*Attorneys & Counselors at Law*

**209 WEST JEFFERSON AVENUE**
**BASTROP, LOUISIANA 71220**

*L. Douglas Lawrence*
*Tikisha Y. Smith*

*E-MAIL: lawrencefirm@bellsouth.net*

*Telephone: (318) 281-9621*
*Facsimile: (318) 556-4780*

**PLEASE CORRESPOND TO:**
**Post Office Box 1485**
**Bastrop, Louisiana 71221-1485**

March 16, 2005

Mr. Malcolm Decelle, Jr.
Attorney At Law
105 Vernon Street
West Monroe, Louisiana 71291

      Re: Cora Johnson & Delores Seay
          -vs-
      Juanetta Martin & Bayou Home Bureau Corp

Dear Malcolm:

      Please see the attached our written discovery propounded on behalf of our clients. Please provide responses within the time delays provided by law.

      Please advise of your first available date(s) following our receipt of responses to discovery on which the corporate deposition of Bayou Home Bureau Corp and the discovery deposition of Juanetta Martin can be taken.

      I look forward to hearing from you.

Sincerely,

Doug Lawrence

xc: Delores Seay
    Cora Johnson

Attachments

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| CORA JOHNSON & DELORES SEAY, | } | CIVIL ACTION NO. 3:04CV1979 |
| Plaintiffs | } | |
| | } | JUDGE:    JAMES |
| VERSUS | } | |
| | } | |
| JUANETTA MARTIN & BAYOU HOME BUREAU CORP, | } | MAGISTRATE JUDGE:    KIRK |
| Defendants | } | |

NOTICE OF INTERROGATORIES
REQUESTS FOR PRODUCTION & REQUESTS FOR ADMISSIONS

TO:    Juanetta Martin & Bayou
Home Bureau Corp,
through their attorney of record:
Mr. Malcolm Decelle
Attorney at Law
105 Vernon Street
West Monroe, Louisiana 71291


Please take notice that you are hereby notified and required to answer separately, fully, in writing and under oath, the following written interrogatories, requests for production and request for admissions, and to serve your answers thereto on the undersigned attorney in accordance with the provisions of Rule 33, 34, and 36 of the Federal Rules of Civil Procedure. All answers are to be to the best of your knowledge and recollection, and are to be promptly supplemented in writing should subsequent circumstances or recollection necessitate changes or additions thereto.

If you cannot answer any of these interrogatories in full, please answer to the extent possible, specifying the reason for your inability to answer the remainder, and stating whatever information or knowledge you have concerning the unanswered portion.

The following requests for production of documents are served in accordance with the provisions

of Rule 34 of the Federal Rules of Civil Procedure. You are hereby respectfully requested to produce to

the attorney for Defendant, L. Douglas Lawrence, 209 West Jefferson Avenue, Bastrop, Louisiana 71220,

within the time delays provided for by law, from the date of service hereof, answers to the information

requested and the documents hereinafter described for inspection and copying.

You shall serve a copy of the answers, a return of all documents and exhibits, and any objections

within the time delays provided for by law after receipt of service of the discovery requests.

## DEFINITIONS AND INSTRUCTIONS

1. The word "document" as used herein, means written, typed, printed, recorded, or graphic matter

of any kind or description, whether original or copy, including without limitation, letters, memoranda, notes,

electronic mail, electronic messages, correspondence, calendars, diaries, financial statements, applications,

resumes, studies, publications, statistical compilations, charts, drawings, opinions, reports, receipts,

summaries, and other compilations of data, and any audio and/or video tape recordings.

2. The term "identify" or "identity," when used in reference to a document, means to state the nature

and form of such document (whether a letter, report, resume, application, etc.), and any identifying title or

serial number, the date the document was prepared, the person who prepared the document, the person

or persons to whom such document was circulated, distributed, or otherwise published, and the location

or last known location of such document. In the event that a document was, but is no longer within

plaintiff's possession, custody, or control, identify the person or entity from which such document can be

obtained, the reason for the transfer of the custody, possession or control to such person or entity, the date

of such transfer, and the person or entity who authorized such transfer. In the event that a document was

once in existence and within plaintiff's possession, custody, or control, but has been destroyed or otherwise

disposed of, state the reason for the destruction or disposition of such document, the date of such

destruction or disposition, and the person or entity who authorized such destruction or disposition.

3. The term "identify" or "identity," when used herein in reference to a natural person, means to state his or her full name, job title, present or last known address, and the present or last known telephone number. If this information is unknown to you, state any other available means of contacting and identifying such person.

4. The term "identify" or "identity," when used herein in reference to any entity other than a natural person, means to state the entity's legal or business name, its present or last known address, the telephone number for such address, and the identity of the person affiliated with such entity who will have knowledge of the facts stated in plaintiff's answers.

5. The term "defendants," unless defined herein otherwise, denotes both of the defendants named in the above-styled lawsuit, JUANETTA MARTIN and BAYOU HOME BUREAU CORP.

6. The term "employed" or "employment" means any time period during which Cora Johnson or Delores Seay were contracted with or hired by either, or both, of the defendants to perform work for compensation.

## REQUESTS FOR ADMISSION

### REQUEST FOR ADMISSION NO. 1

Cora Johnson was previously employed by Juanetta Martin.

### REQUEST FOR ADMISSION NO. 2

Cora Johnson was previously employed by Bayou Home Bureau Corp.

### REQUEST FOR ADMISSION NO. 3

Delores Seay was previously employed by Juanetta Martin.

### REQUEST FOR ADMISSION NO. 4

Delores Seay was previously employed by Bayou Home Bureau Corp.

REQUEST FOR ADMISSION NO. 5

Delores Seay was terminated from employment.

REQUEST FOR ADMISSION NO. 6

Cora Johnson was terminated from employment.

REQUEST FOR ADMISSION NO. 7

The date(s) on which Cora Johnson and Delores Seay were terminated from employment occurred after the filing of the civil suit *Gloria Coleman, Eugenia Wheeler, Sharon Caldwell, Cora Johnson & Delores Seay -vs- Juanetta Martin & Bayou Home Bureau Corporation*, Case No. 2003-362, in the Fourth Judicial District Court, Parish of Morehouse, State of Louisiana.

REQUEST FOR ADMISSION NO. 8

The date(s) on which Cora Johnson and Delores Seay were terminated from employment occurred after Cora Johnson and Delores Seay made a legal demand upon one or both defendants for unpaid wages.

REQUEST FOR ADMISSION NO. 9

The date(s) on which Cora Johnson and Delores Seay were terminated from employment occurred after Cora Johnson and Delores Seay made a legal demand upon one or defendants for unpaid overtime wages.

REQUEST FOR ADMISSION NO. 10

Since the termination of Cora Johnson and Delores Seay from their employment by one or both defendants, unpaid wages that remain owed to Cora Johnson and Delores Seay by one or both defendants have not been paid in full.

REQUEST FOR ADMISSION NO. 11

Cora Johnson and Delores Seay were not advised by either defendant, in writing, for the reason(s) for their termination from employment with the defendants.

## REQUEST FOR ADMISSION NO. 12

Cora Johnson and Delores Seay were terminated from their employment by the defendants because a legal demand was made upon one or both defendants for the payment of overtime wages.

## REQUEST FOR ADMISSION NO. 13

Cora Johnson and Delores Seay were terminated from their employment by the defendants because Johnson and Seay, along with other parties, filed a lawsuit against the defendants for the payment of overtime wages.

## REQUEST FOR ADMISSION NO. 14

Juanetta Martin, during the period(s) and in all instances relevant to the causes asserted in this lawsuit, made all decisions regarding the employment of Cora Johnson and Delores Seay.

## REQUEST FOR ADMISSION NO. 15

Juanetta Martin, during the period(s) and in all instances relevant to the causes asserted in this lawsuit, of Cora Johnson's and Delores Seay's employment by one or both defendants, made all decisions regarding the termination of the employment of Cora Johnson and Delores Seay.

## REQUEST FOR ADMISSION NO. 16

Bayou Home Bureau was delinquent, one or more times, in remitting payroll taxes (including federal income tax withholding and Social Security Taxes owed for employees) owed to the United States Government, during the tax years 2000 through 2003.

## REQUEST FOR ADMISSION NO. 17

Juanetta Martin was delinquent, one or more times, in remitting payroll taxes (including federal

income tax withholding and Social Security Taxes owed for employees) owed to the United States

Government, during the tax years 2000 through 2003.

**INTERROGATORIES**

**INTERROGATORY NO. 1**

Please identify by name and address all persons (every person) who prepared or assisted with

preparing the responses to these interrogatories, and to the attached Requests for Admissions and Requests

for Production of Documents and Things.

**INTERROGATORY NO. 2**

In any instance where your response to the attached requests for admission is a denial, refusal to

respond or an inability to respond, please state a complete factual basis for your denial, or a factual basis

that explains your refusal to respond or your inability to respond.

**INTERROGATORY NO. 3**

Please indicated, in a detailed narrative by date and circumstance, every reason for which Delores

Seay was terminated from her employment by each of the defendants.

**INTERROGATORY NO. 4**

Please indicated, in a detailed narrative by date and circumstance, every reason for which Cora

Johnson was terminated from her employment by each of the defendants.

**INTERROGATORY NO. 5**

Please identify every person who has knowledge of any information that would substantiate or

justify the terminations from employment, or separations from employment, of Cora Johnson or Delores

Seay.

**INTERROGATORY NO. 6**

Please identify every bank, brokerage house or like financial institution, in or out of state which, since January 1, 2000:

a) Received or held monetary funds on deposit for either defendant, whether in the defendants' names jointly, individually or in the name of one or more third persons.

b) Received for deposit or payment payroll taxes or assessments owed or paid for all persons employed by each defendant.

INTERROGATORY NO. 7

Please identify by city, parish (or county), legal description and municipal address all real estate or immovable property owned or acquired by the defendants, or on behalf of the defendants, held in the name of the defendants or in the name of any third person on their behalf, jointly or individually, since January 1, 2000, irrespective of whether or not the same is still owned by either defendant.

INTERROGATORY NO. 8

Please identify every person or entity from whom each defendant has received payment or compensation since January 1, 2000.

INTERROGATORY NO. 9

Please state or produce for inspection ledger of account all income received and business expenses paid, by year, by both defendants, since January 1, 2000 through the end of the tax year 2004.

REQUESTS FOR PRODUCTION OF DOCUMENTS & THINGS

REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS NO. 1

Please produce for inspection and copying a true copy of all documents, e-messages, data or other forms of communications that were submitted by one or both defendants to the Louisiana Department of Labor, in response or in opposition to claims for unemployment compensation filed by Cora Johnson or

Delores Seay following their termination from employment by the defendants.

REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS NO. 2

Please produce for inspection and copying a true copy of all documents, e-messages, data or other forms of communications that were submitted by one or both defendants to the Louisiana Department of Revenue, in response to delinquent, unpaid or untimely payment of employee withholding taxes, unemployment insurance compensation premiums or like payroll deduction remittances that were owed by either defendant for the tax years 2000 through 2004 to the State of Louisiana for, on behalf of or regarding Cora Johnson and Delores Seay.

REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS NO. 3

Please produce for inspection and copying a true copy of all documents, e-messages, data or other forms of communications that were submitted by one or both defendants to the Unites States Government (including the Internal Revenue Service), in response to delinquent, unpaid or untimely payment of employee withholding taxes, or like payroll deduction remittances that were owed by either defendant for the tax years 2000 through 2004 for, on behalf of or regarding Cora Johnson and Delores Seay.

REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS NO. 4

Please produce for inspection and copying a true copy of all documents, e-messages, data or other forms of communications which contain, state or substantiate any reason why Cora Johnson or Delores Seay were terminated, or otherwise separated, from their employment with either defendant.

REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS NO. 5

Please produce for inspection and copying a true copy of all documents, e-messages, data or other forms of communications that substantiate any denial made to any of the Requests for Admissions provided above.

## REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS NO. 6

Please produce for inspection and copying a true copy of the entire personnel file maintained by or on behalf of either defendant for Cora Johnson.

## REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS NO. 7

Please produce for inspection and copying a true copy of the entire personnel file maintained by or on behalf of either defendant for Delores Seay.

## REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS NO. 8

Please produce for inspection and copying a true copy of all state and federal income tax returns for both defendants filed for the tax years 2000, 2001, 2002, 2003 and 2004.

RESPECTFULLY SUBMITTED

LAWRENCE LAW FIRM
Attorneys & Counselors at Law
209 West Jefferson Avenue
Bastrop, Louisiana 71220
Telephone: (318) 281-9621
Fax: (318) 556-4780
ORIGINAL SIGNED BY
BY: L. DOUGLAS LAWRENCE
L. Douglas Lawrence (18636)
Counsel for Delores Seay & Cora
Johnson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

CORA JOHNSON & DELORES        }        CIVIL ACTION NO. 3:04CV1979
SEAY,                         }
        Plaintiffs        }
                          }        JUDGE:      JAMES
VERSUS                        }
                          }
JUANETTA MARTIN & BAYOU       }        MAGISTRATE JUDGE:      KIRK
HOME BUREAU CORP,             }
        Defendants        }

## CERTIFICATE

A copy of the foregoing Interrogatories, Request for Production and Requests for Admission have

been served, via 1st class mail, on Malcolm Decelle, counsel for the plaintiff, at the address of 105 Vernon

Street; West Monroe, Louisiana 71291, on this 16th day of March 2005.



ORIGINAL SIGNED BY
L DOUGLAS LAWRENCE
_____
Doug Lawrence

*The*

# Lawrence Law Firm

*Attorneys & Counselors at Law*

*209 WEST JEFFERSON AVENUE*
*BASTROP, LOUISIANA 71220*

L. Douglas Lawrence
Tikisha Y. Smith

*E-MAIL: lawrencefirm@bellsouth.net*

*Telephone: (318) 281-9621*
*Facsimile: (318) 556-4780*

*PLEASE CORRESPOND TO:*
*Post Office Box 1485*
*Bastrop, Louisiana 71221-1485*

## FAX MESSAGE TRANSMITTAL SHEET

**TO:**       Malcolm Decelle

**FROM:**    Doug Lawrence

**DATE:**    May 9, 2005

Re:    Cora Johnson & Delores Seay
       -vs- No.: CV03-1979 (USDC-W.D. of La.)
       Juanetta Martin & Bayou Home Bureau Corporation

LAW OFFICE FAX NUMBER IS (318) 556-4780

TOTAL NUMBER OF PAGES SENT IS__2__(INCLUDING COVER SHEET)

**MESSAGE:**    Please see the attached.

**REPLY IS:**    __X__        **REQUESTED**

              _____        **UNNECESSARY**

## PLEASE DIRECT ALL RESPONSES TO PERSON STATED ABOVE

THIS FACSIMILE TRANSMISSION IS INTENDED ONLY FOR THE ADDRESSEE NAMED ABOVE. IT CONTAINS INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE PROTECTED FROM USE AND DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE NOTIFIED THAT ANY REVIEW, DISCLOSURE, COPYING OR DISSEMINATION OF THIS COMMUNICATION, OR TAKING OF ANY ACTION IN RELIANCE OF ITS CONTENTS, OR OTHER USE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US BY TELEPHONE (318-281-9621) IMMEDIATELY SO THAT WE CAN ARRANGE FOR ITS RETURN TO US. THANK YOU FOR YOUR COOPERATION.
C:\Fax.WPD

*The*

# Lawrence Law Firm

*Attorneys & Counselors at Law*

*209 WEST JEFFERSON AVENUE*
*BASTROP, LOUISIANA 71220*

*L. Douglas Lawrence*
*Tikisha Y. Smith*

*E-MAIL: lawrencefirm@bellsouth.net*

*Telephone: (318) 281-9621*
*Facsimile: (318) 556-4780*

*PLEASE CORRESPOND TO:*
*Post Office Box 1485*
*Bastrop, Louisiana 71221-1485*

May 9, 2005

Mr. Malcolm Decelle, Jr.
Attorney At Law
105 Vernon Street
West Monroe, Louisiana 71291

Re:    Cora Johnson & Delores Seay
       -vs- No.: CV03-1979 (USDC-W.D. of La.)
       Juanetta Martin & Bayou Home Bureau Corporation

Dear Malcolm:

Since the forwarding of our letter to you of March 16, 2005 and a follow up note on last month, we have not received a response to the written discovery propounded on behalf of our clients. We also asked you to advise of your first available date(s) following our receipt of responses to discovery on which the corporate deposition of Bayou Home Bureau Corp and the discovery deposition of Juanetta Martin can be taken. We have not heard from you regarding these matters.

Upon your receipt of this letter, please move forward with providing responses to the discovery requests, which are now long overdue. In addition, please provide to us this week your first available date(s) following our receipt of responses to discovery on which the corporate deposition of Bayou Home Bureau Corp and the discovery deposition of Juanetta Martin can be taken.

If we do not hear from you this week, we will have to move forward with filing a motion to compel and other available motions to protect our clients' legal interests. I look forward to hearing from you.

Sincerely,

ORIGINAL SIGNED BY
L DOUGLAS LAWRENCE
Doug Lawrence

xc: Delores Seay
    Cora Johnson

**HP OfficeJet T Series**
**Personal Printer/Fax/Copier/Scanner**

**Fax History Report** for
Lawrence Law Firm
(318)556-4780
May 09 2005 4:06pm

## Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| May 9 | 4:05pm | Sent | 3251708 | 0:53 | 2 | OK |

Result:
  OK - black and white fax
  OK color - color fax

*The*

# Lawrence Law Firm

*Attorneys & Counselors at Law*

*209 WEST JEFFERSON AVENUE*
*BASTROP, LOUISIANA 71220*

L. Douglas Lawrence
Tikisha Y. Smith

*E-MAIL: lawrencefirm@bellsouth.net*

*Telephone: (318) 281-9621*
*Facsimile: (318) 556-4780*

*PLEASE CORRESPOND TO:*
*Post Office Box 1485*
*Bastrop, Louisiana 71221-1485*

## FAX MESSAGE TRANSMITTAL SHEET

**TO:**     Mr. Malcolm DeCelle, Jr., Esq.

**FROM:**     Doug Lawrence, Esq.

**DATE:**     May 11, 2005

**RE:**     Cora Johnson & Delores Seay
-vs- No. 3:04CV1979  (U.S. District Court-Western District of La.) {Monroe Division}
Juanetta Marin & Bayou Home Bureau Corporation

LAW OFFICE FAX NUMBER IS (318) 556-4780

TOTAL NUMBER OF PAGES SENT IS__12__(INCLUDING COVER SHEET)

MESSAGE:  <u>PLEASE SEE THE ATTACHED.</u>

REPLY IS:   __X__REQUESTED

_____UNNECESSARY

## PLEASE DIRECT ALL RESPONSES TO PERSON STATED ABOVE

THIS FACSIMILE TRANSMISSION IS INTENDED ONLY FOR THE ADDRESSEE NAMED ABOVE. IT CONTAINS INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE PROTECTED FROM USE AND DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE NOTIFIED THAT ANY REVIEW, DISCLOSURE, COPYING OR DISSEMINATION OF THIS COMMUNICATION, OR TAKING OF ANY ACTION IN RELIANCE OF ITS CONTENTS, OR OTHER USE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US BY TELEPHONE (318-281-9621) IMMEDIATELY SO THAT WE CAN ARRANGE FOR ITS RETURN TO US.  THANK YOU FOR YOUR COOPERATION.

HP OfficeJet T Series
Personal Printer/Fax/Copier/Scanner

**Fax History Report** for
Lawrence Law Firm
(318)556-4780
May 11 2005 3:10pm

## Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| May 11 | 2:52pm | Sent | 3251708 | 18:18 | 12 | OK |

Result:
    OK - black and white fax
    OK color - color fax

*The*

# Lawrence Law Firm

*Attorneys & Counselors at Law*

*209 WEST JEFFERSON AVENUE*
*BASTROP, LOUISIANA 71220*

L. Douglas Lawrence
Tikisha Y. Smith

*E-MAIL: lawrencefirm@bellsouth.net*

*Telephone: (318) 281-9621*
*Facsimile: (318) 556-4780*

*PLEASE CORRESPOND TO:*
*Post Office Box 1485*
*Bastrop, Louisiana 71221-1485*

## FAX MESSAGE TRANSMITTAL SHEET

**TO:**        Malcolm DeCelle
             Attorney At Law

**FROM:**      Doug Lawrence

**DATE:**      July 18, 2005

**RE:**        Cora Johnson , et al. -vs- Juanetta Martin, et al.

## LAW OFFICE FAX NUMBER IS (318) 556-4780

## TOTAL NUMBER OF PAGES SENT IS  5   (INCLUDING COVER SHEET)

**MESSAGE:**   It was a pleasure to meet with you on today. This will confirm, as per our discussion, that you will forward to me (1) your submissions for the pretrial statement and (2) answers to the discovery propounded in the federal case within the near future. Also, I will be afforded to opportunity to depose your clients on July 29 at 9:00 a.m. and 9:30 a.m. at my office at 209 West Jefferson Avenue in Bastrop. Please advise if the foregoing is correct. The deposition notices are attached.

**REPLY IS:**   X         **REQUESTED**

              ——        **UNNECESSARY**

## PLEASE DIRECT ALL RESPONSES TO PERSON STATED ABOVE

THIS FACSIMILE TRANSMISSION IS INTENDED ONLY FOR THE ADDRESSEE NAMED ABOVE. IT CONTAINS INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE PROTECTED FROM USE AND DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE NOTIFIED THAT ANY REVIEW, DISCLOSURE, COPYING OR DISSEMINATION OF THIS COMMUNICATION, OR TAKING OF ANY ACTION IN RELIANCE OF ITS CONTENTS, OR OTHER USE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US BY TELEPHONE (318-281-9621) IMMEDIATELY SO THAT WE CAN ARRANGE FOR ITS RETURN TO US. THANK YOU FOR YOUR COOPERATION.
C:\Fax.WPD

*The*

# Lawrence Law Firm

*Attorneys & Counselors at Law*

*209 WEST JEFFERSON AVENUE*
*BASTROP, LOUISIANA 71220*

*L. Douglas Lawrence*
*Tikisha Y. Smith*

*E-MAIL: lawrencefirm@bellsouth.net*

*Telephone: (318) 281-9621*
*Facsimile:  (318) 556-4780*

*PLEASE CORRESPOND TO:*
*Post Office Box 1485*
*Bastrop, Louisiana 71221-1485*

July 18, 2005

Mr. Malcolm Decelle, Jr.
Attorney At Law
105 Vernon Street
West Monroe, Louisiana 71291

Re: Cora Johnson & Delores Seay
    -vs-
Juanetta Martin & Bayou Home Bureau Corp

Dear Malcolm:

It was a pleasure to meet with you on today. This will confirm, as per our discussion, that you will forward to me (1) your submissions for the pretrial statement and (2) answers to the discovery propounded in the federal case within the near future. Also, I will be afforded to opportunity to depose your clients on July 29 at 9:00 a.m. and 9:30 a.m. at my office at 209 West Jefferson Avenue in Bastrop. Please advise if the foregoing is correct. The deposition notices are attached.

I look forward to hearing from you.

Sincerely,

Doug Lawrence

xc: Delores Seay
    Cora Johnson

Attachments

*The*

# Lawrence Law Firm

*Attorneys & Counselors at Law*

*209 WEST JEFFERSON AVENUE*
*BASTROP, LOUISIANA 71220*

L. Douglas Lawrence
Tikisha Y. Smith

*E-MAIL: lawrencefirm@bellsouth.net*

*Telephone: (318) 281-9621*
*Facsimile: (318) 556-4780*

*PLEASE CORRESPOND TO:*
*Post Office Box 1485*
*Bastrop, Louisiana 71221-1485*

## FAX MESSAGE TRANSMITTAL SHEET

**TO:**      Malcolm Decelle, Jr.
            **Attorney At Law**

**FROM:**    **Doug Lawrence**

**DATE:**    July 29, 2005

**RE:**      **Cora Johnson & Delores Seay**
            **-vs- No.: CV03-1979 (USDC-W.D. of La.)**
            **Juanetta Martin & Bayou Home Bureau Corporation**

## LAW OFFICE FAX NUMBER IS (318) 556-4780

## TOTAL NUMBER OF PAGES SENT IS__2__(INCLUDING COVER SHEET)

**MESSAGE:**   Please see the attached.

**REPLY IS:**    ___        **REQUESTED**

              ___        **UNNECESSARY**

## PLEASE DIRECT ALL RESPONSES TO PERSON STATED ABOVE

THIS FACSIMILE TRANSMISSION IS INTENDED ONLY FOR THE ADDRESSEE NAMED ABOVE. IT CONTAINS INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE PROTECTED FROM USE AND DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE NOTIFIED THAT ANY REVIEW, DISCLOSURE, COPYING OR DISSEMINATION OF THIS COMMUNICATION, OR TAKING OF ANY ACTION IN RELIANCE OF ITS CONTENTS, OR OTHER USE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US BY TELEPHONE (318-281-9621) IMMEDIATELY SO THAT WE CAN ARRANGE FOR ITS RETURN TO US. THANK YOU FOR YOUR COOPERATION.
C:\Fax.WPD

*The*

# Lawrence Law Firm

*Attorneys & Counselors at Law*

*209 WEST JEFFERSON AVENUE*
*BASTROP, LOUISIANA 71220*

L. Douglas Lawrence
Tikisha Y. Smith

*E-MAIL: lawrenceflrm@bellsouth.net*

*Telephone: (318) 281-9621*
*Facsimile:  (318) 556-4780*

*PLEASE CORRESPOND TO:*
*Post Office Box 1485*
*Bastrop, Louisiana 71221-1485*

July 29, 2005

Mr. Malcolm Decelle, Jr.
Attorney At Law
105 Vernon Street
West Monroe, Louisiana 71291

<u>VIA FACSIMILE & 1ST CLASS MAIL</u>

      Re: Cora Johnson & Delores Seay
         -vs-
      Juanetta Martin & Bayou Home Bureau Corp

Dear Malcolm:

      As per our discussion of today, please provide me with your final pre-trial statement contributions, as the pre-trial statement must be filed with the court within the immediate future. Also, it is my expectation that we will receive our discovery responses from your clients by Monday, August 1, 2005. We need the responses not later than the early afternoon, by 2:00 p.m. Please let me know if, for any reason, the discovery responses will not be ready at that time. We look forward to hearing from you.

                  Sincerely,

                  Doug Lawrence

xc: Delores Seay
    Cora Johnson

Attachments

**HP OfficeJet T Series**
**Personal Printer/Fax/Copier/Scanner**

**Fax History Report** for
Lawrence Law Firm
(318)556-4780
Jul 30 2005 12:20pm

## Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Jul 30 | 12:15pm | Sent | 3251708 | 4:43 | 2 | OK |

Result:
  OK - black and white fax
  OK color - color fax