RECEIVED
IN MONROE, LA

MAR 0 1 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CORA JOHNSON, ET AL. | CIVIL ACTION NO. 03-1979 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JUANETTA MARTIN, ET AL. | MAG. JUDGE JAMES D. KIRK |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 42], determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiffs' motion for costs and attorney's fees [Doc. No. 41] is GRANTED, and Defendants are ORDERED to pay Plaintiffs' attorney out-of-pocket costs in the amount of $869.41 plus attorney's fees in the amount of $15,627.50 (89.3 hours at $175.00 per hour), for a total fee and cost award of $16,496.91.

MONROE, LOUISIANA, this ____ day of March, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE